

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

No. 04-24-00415-CV

Lilian Gloria **BOWLES**,
Appellant

v.

Simon David **BOWLES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-11389
Honorable Christine Vasquez-Hortick, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are assessed against appellant Lilian Gloria Bowles.

Furthermore, appellee Simon David Bowles's December 2, 2024 motion to dismiss for lack of jurisdiction is DISMISSED as moot.

It is so **ORDERED** on December 18, 2024.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

Luz Estrada, Chief Deputy Clerk